IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

**Lynn Ester Griffin**
**Chaleta Brazil Griffin**

Case No. 18-15095-JDL
Chapter 13

Debtors.

### NOTICE OF INTENT NOT TO PAY CLAIM AS SECURED CLAIM

TO:

ARMY & AIR FORCE EXCHANGE SVC          ACCOUNT NO.  9944

    You filed a proof of claim asserting a secured claim in the above-referenced case in the amount of $4,457.54 on January 30, 2019.  Please take notice that the Trustee will not pay your claim as filed because it is not provided for as a secured claim in the filed Chapter 13 plan.

    Unless an order is entered providing for payment of your claim as a secured claim, your claim will be treated as an unsecured claim for distribution purposes under the Chapter 13 plan.  If you disagree with the treatment of your claim in accordance with this notice, you must take legal action to obtain an order providing for payment of your claim as a secured claim.

Respectfully submitted,

/s/ John Hardeman
John Hardeman, Trustee
321 Dean A. McGee Avenue
PO Box 1948
Oklahoma City, OK 73101
13trustee@chp13okc.com
Tel: (405) 236-4843
Fax: (405) 236-1004

## CERTIFICATE OF MAILING

This is to certify that on January 31, 2019, a true and correct copy of the foregoing document was served by U.S. Mail, first class, postage prepaid, on the following:

| | |
|---|---|
| Lynn Ester Griffin<br>Chaleta Brazil Griffin<br>11 NW Bent Tree Circle<br>Lawton, OK 73505 | ARMY & AIR FORCE EXCHANGE SVC<br>ATTN GC-G<br>3911 S WALTON WALKER BLVD<br>DALLAS, TX 75236 |

s/John Hardeman

John Hardeman, Trustee

bd